IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN VLASICH,

      Plaintiff,                                    CV F 99 6472 AWI WMW   P

  vs.                                          ORDER RE MOTION (DOC 88 )

BURT HOFFMAN,

      Defendant.

      Defendant has filed a motion to strike Plaintiff's document titled as "Plaintiff's reply to Defendant's reply." A reply to a reply is not a recognized pleading within the meaning of the Federal Rules of Civil Procedure. Accordingly, IT IS HEREBY ORDERED that Defendant's motion is granted. Plaintiff's reply to Defendant's reply to the opposition to motion for summary judgment is stricken.

IT IS SO ORDERED.

**Dated:**   February 13, 2007             /s/ William M. Wunderlich
mmkd34                                          UNITED STATES MAGISTRATE JUDGE