# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE VLASICH,<br><br>        Plaintiff,<br><br>  v.<br><br>DR. HOFFMAN,<br><br>        Defendants.<br>_____/ | 1:99-CV-6472 AWI WMW P<br><br>**ORDER REQUIRING PARTIES TO NOTIFY COURT WHETHER THEY WILL CONSENT TO MAGISTRATE JUDGE JURISDICTION WITHIN TWENTY DAYS**<br><br>**ORDER DIRECTING CLERK OF COURT TO SEND CONSENT FORMS TO PARTIES** |

    Plaintiff Steven Vlasich is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is set for jury trial on June 10, 2008.

    A United States Magistrate Judge is available to conduct trials, including entry of final judgment, pursuant to 28 U.S.C. § 28 U.S.C. 636(c), Federal Rule of Civil Procedure 73, and Local Rule 73-305.  Any appeal from a judgment entered by a United States Magistrate Judge is taken directly to the United States Court of Appeal for the Ninth Circuit.

    Because of the extraordinarily high case load in this district, this court has United States Magistrate Judges conduct trials in civil rights actions concerning prison conditions whenever possible.  Having a Magistrate Judge preside over the trial makes it far more likely a case will proceed on the scheduled trial date, and the trial will not be delayed by other matters.  While consenting to Magistrate Judge jurisdiction will most likely expedite resolution of this action, you are hereby advised that no adverse substantive consequences will result if you withhold consent.

1    All parties will be provided with forms that will allow them to consent or decline
2    Magistrate Judge Jurisdiction.  Within twenty days from the date of service of this order, the
3    parties shall inform the court whether they consent to or decline Magistrate Judge Jurisdiction by
4    filling out the forms and returning them to the court.
5    Accordingly, the court HEREBY ORDERS as follows:
6    1.    The Clerk of the Court is DIRECTED to send the parties forms that will allow
7          them to consent or decline Magistrate Judge Jurisdiction; and
8    2.    Within **twenty (20) days** from the date of service of this order, the parties shall
9          notify the court whether they consent to or decline Magistrate Judge jurisdiction
10         by filling out the enclosed forms and returning them to the court.

12   IT IS SO ORDERED.
13   **Dated:    April 18, 2008**                    /s/ Anthony W. Ishii
                                                    UNITED STATES DISTRICT JUDGE