IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN VLASICH,<br><br>               Plaintiff,<br><br>   v.<br><br>DR. HOFFMAN,<br><br>               Defendant. | 1: 99-CV-6472 AWI WMW P<br><br>**ORDER GRANTING MOTION FOR TO HAVE CLOTHES SENT FOR TRIAL TO THE EXTENT A COURT ORDER IS NECESSARY**<br><br>**(Document #107)** |

      Plaintiff Steven Vlasich, an inmate in the custody of the California Department of Corrections, brings this civil rights action against a doctor for violations of his civil rights and medical malpractice. Trial is set for June 10, 2008.

      On February 21, 2008, Plaintiff filed a motion to have clothes sent for trial. Plaintiff is advised that this court cannot require the CDC to allow Plaintiff to wear specific clothes because the issue of Plaintiff's clothing falls within the CDC's custody over Plaintiff. Normally, the CDC allows pro se prisoners to wear prison issue khakis at trial. To the extent this court's permission is needed for Plaintiff to wear a suit and tie, the court will grant Plaintiff's request. However, Plaintiff is forewarned that whether he is allowed to wear his own clothes at trial is a matter ultimately up to the CDC.

//

Accordingly, the court GRANT'S Plaintiff's motion, and Plaintiff has this court's permission to wear a suit and tie at trial.   However, this order is subject to the CDC's security concerns.

IT IS SO ORDERED.

**Dated:   May 6, 2008**               /s/ Anthony W. Ishii
                                    UNITED STATES DISTRICT JUDGE