**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN VLASICH, | 1: 99-CV-6472 AWI WMW P |
|        Plaintiff, | |
|    v. | **ORDER GRANTING MOTION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| DR. HOFFMAN, | |
|        Defendant. | **(Document #104)** |

Plaintiff Steven Vlasich, an inmate in the custody of the California Department of Corrections, brings this civil rights action against a doctor for violations of his civil rights and medical malpractice.

On December 11, 2007, Plaintiff filed a motion for a writ of habeas corpus ad testificandum. Plaintiff asks the court to issue an order requiring prison officials to bring him to court for the trial in this action. Plaintiff is advised that this court will issue a writ of habeas corpus ad testificandum directed to the warden of his current place of incarceration.

Accordingly, Plaintiff's motion for a writ of habeas corpus ad testificandum is GRANTED.

IT IS SO ORDERED.

Dated:  **May 6, 2008**                /s/ Anthony W. Ishii
                                                UNITED STATES DISTRICT JUDGE