IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN VLASICH,

        Plaintiff,        1:99-CV-6472 AWI WMW PC

   vs.                     ORDER

DR. HOFFMAN,

        Defendant.

Plaintiff has submitted his list of non-incarcerated witnesses. Plaintiff seeks to subpena the following witnesses:

    Robert Sillen

    Gary Rogers

    J. R. Bardurola

    Correctional Officer Lemos

    Dr. Rodriguez

    Dr. Byron Mui

    Dr. Dennis Martinez

1    In the November 27, 2007, scheduling order, Plaintiff was advised of the following
2 requirements to subpena a non-incarcerated witness.  If plaintiff wishes to obtain the attendance
3 of one or more unincarcerated witnesses who refuse to testify voluntarily, plaintiff must first
4 notify the court in writing of the name and location of each unincarcerated witness.  The court
5 will calculate the travel expense for each unincarcerated witness and notify plaintiff of the
6 amount(s).  Plaintiff must then, for each witness, submit a money order made payable to the
7 witness for the full amount of the witness's travel expenses plus the daily witness fee of $40.00.
8 <u>The subpoena will not be served upon the unincarcerated witness by the United States Marshal
9 unless the money order is tendered to the court</u>.  Because no statute authorizes the use of public
10 funds for these expenses in civil cases, the tendering of witness fees and travel expenses is
11 required even if the party was granted leave to proceed in forma pauperis.
12    Plaintiff is advised of the following costs.  The current mileage rate is 50.5 cents per mile.
13 The per diem rate for Fresno is $142 per day ($88 lodging and $54 meals and incidental
14 expenses).  The court notes that the estimated time for trial is three days.   Accordingly, Plaintiff
15 shall submit, in addition to the $40 witness fee for each witness, the following:
16    Witness Robert Sillen. $153 for mileage, plus the per diem rate listed above for eachday
17 that he intends Mr. Sillen to testify.
18    Witness Gary Rogers. $52 for mileage, plus the per diem rate listed above for eachday
19 that he intends Mr. Rogers to testify.
20    Witness Correctional Officer Lemos. $78 for mileage, plus the per diem rate listed above
21 for eachday that he intends Mr. Lemos to testify.
22    Witness Dr. Rodriguez. $109 for mileage, plus the per diem rate listed above for eachday
23 that he intends Dr. Rodriguez to testify.
24    Witness Dr. Mui. $109 for mileage, plus the per diem rate listed above for eachday that
25 he intends Dr. Mui to testify.
26

1   Witness Dr. Martinez. $109 for mileage, plus the per diem rate listed above for eachday
2  that he intends Dr. Martinez to testify.
3   Upon receipt of the witness fees and costs for the witnesses, the court will issue a
4  subpena for the witness and direct the U.S. Marshal to serve the subpena.
5   Accordingly, IT IS HEREBY ORDERED that Plaintiff shall submit, within two weeks of
6  the date of service of this order, the witness fees for the non-incarcerated witnesses listed in his
7  submission of May 8, 2008.
8  IT IS SO ORDERED.
9  **Dated:   May 13, 2008**              **/s/  William M. Wunderlich**
                                             UNITED STATES MAGISTRATE JUDGE