# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN VLASICH,<br><br>        Plaintiff,<br><br>   v.<br><br>DR. BURT HOFFMAN,<br><br>        Defendant.<br>_____/ | CASE NO. 1:99-CV-6472-AWIWMW PC<br><br>**ORDER REQUIRING PARTIES TO SUBMIT CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENTS DIRECTLY TO JUDGE BECK'S CHAMBERS ON OR BEFORE MAY 29, 2008**<br><br><u>Settlement Conference:</u><br>June 5, 2008, at 10:00 a.m. in Courtroom 9 (DLB) |

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983 against Defendant Dr. Burt Hoffman, M.D.

    At the May 5, 2008, pretrial conference, the parties indicated interest in a settlement conference. A settlement conference is therefore set before before Magistrate Judge Dennis L. Beck.

    Accordingly, the Court HEREBY ORDERS as follows:

    1.    This is matter is set for settlement conference on June 5, 2008 at 10:00 A.M. before

1          United States Magistrate Judge Dennis L. Beck in Courtroom 9;

2   2.   <u>Counsel for the defendants who will try the case</u> shall participate in the settlement conference by telephone at **(559) 499-5670** <u>with the parties and the person or persons having full authority</u> to negotiate and settle the case, on any terms, at the conference;

3.   Counsel for the defendants is required to arrange for the participation of plaintiff by video-conference in the settlement conference. Counsel for the defendants shall notify this Court in advance of any technical arrangements that must be made with the Court in order to facilitate plaintiff's participation by video;.

4.   At least five court days prior to the settlement conference, the parties shall submit <u>directly to Judge Beck's chambers</u> a confidential settlement conference statement.[1] This statement <u>should neither be filed with the clerk of the Court nor served on any other party</u>. Each statement shall be clearly marked "CONFIDENTIAL" with the date and time of the mandatory settlement conference indicated prominently. Counsel are urged to request the return of their statements. If such request is not made, the Court will dispose of the statement;

5.   The Confidential Settlement Conference Statement shall include the following:

   A.   A brief statement of the facts of the case;
   B.   The relief sought; and
   C.   The party's position on settlement, including realistic settlement expectations, present demands and offers, and a history of past settlement discussions, offers, and demands;

6.   Counsel for the defendants shall include an estimate of the cost and time to be expended for further pretrial and trial matters;

7.   Counsel for defendants is required to arrange for the participation of plaintiff in the telephonic trial confirmation hearing and to initiate the telephonic hearing at **(559) 499-5670**;

---

[1] United States Magistrate Judge Dennis L. Beck, 2500 Tulare Street, Room 6601, Fresno, California, 93721.

2

1 | IT IS SO ORDERED.

2 | **Dated:   May 19, 2008**             /s/  **William M. Wunderlich**
  |                                      UNITED STATES MAGISTRATE JUDGE