IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN VLASICH, | 1:99-cv-06472-AWI-WMW (PC) |
| Plaintiff, | ORDER DIRECTING SERVICE OF SUBPOENA(S) BY THE UNITED STATES MARSHAL WITHOUT PREPAYMENT OF COSTS |
| vs. | |
| DR. HOFFMAN, et al, | |
| Defendants. | |

Plaintiff is proceeding in forma pauperis pursuant to 28 U.S.C. § 1915. The court previously ordered plaintiff to provide information for service of process on form USM-285, a completed subpoena for each witness being commanded to appear, and a money order made payable to each witness as required for payment of witness fees and mileage. Plaintiff has submitted the required papers. Accordingly, IT IS HEREBY ORDERED that:

    1. The Clerk of the Court is directed to forward the following documents to the United States Marshal:

        (1)    Six completed and issued subpoenas to be served on:

            GARY ROGERS

            CORRECTIONAL OFFICER LEMOS

      DR. MUI

      DR. MARTINEZ

      J.R. BARDUROLA

      DR. RODRIGUEZ;

(2) Six completed USM-285 forms;

(3) Money orders:

- #12362246583 in the amount of $234.00, made payable to Gary Rogers;
- #12362246594 in the amount of $234.00, made payable to J.R. Bardurola;
- #12362246605 in the amount of $234.00, made payable to Lemos;
- #12362246616 in the amount of $291.00, made payable to Dr. Mui;
- #12362246638 in the amount of $291.00, made payable to Dr. Rodriguez;
- #12362246627 in the amount of $291.00, made payable to Dr. Martinez, and;

(4) One copy of this order for each witness , plus an extra copy for the Marshal.

- Within **seven (7)** days from the date of this order, the United States Marshal is directed to serve the subpoena and money order on witnesses Gary Rogers, J.R. Bardurola, Correctional Officer Lemos, Dr. Mui, Dr. Rodriguez and Dr. Martinez in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure.
- The U.S. Marshal is directed to retain the subpoena in their file for future use.
- The United States Marshal shall personally serve process and a copy of this order upon witnesses Gary Rogers, J.R. Bardurola, Correctional Officer Lemos, Dr. Mui, Dr. Rodriguez and Dr. Martinez pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c) and shall command all necessary assistance from the California Department of Corrections (CDC) to execute this order. The United States Marshal shall maintain the confidentiality of all information provided by the CDC pursuant to this

order.

5. Within ten days after personal service is effected, the United States Marshal shall file the return of service, along with the costs subsequently incurred in effecting service. Said costs shall be enumerated on the USM-285 form and shall include the costs incurred by the Marshal's office for photocopying additional copies of the subpoena and for preparing new USM-285 forms, if required.

6. The Clerk's Office is directed to send to the Marshal a copy of the information submitted by Plaintiff on May 27, 2008.

IT IS SO ORDERED.

**Dated:   May 28, 2008**              /s/  **William M. Wunderlich**
                                        UNITED STATES MAGISTRATE JUDGE