IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN VLASICH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DR. HOFFMAN,<br><br>　　　　　Defendant. | 1: 99-CV-6472 AWI WMW P<br><br>ORDER DENYING MOTION FOR SANCTIONS<br><br>(Document #127) |

　　　Plaintiff Steven Vlasich, an inmate in the custody of the California Department of Corrections, brings this civil rights action against a doctor for violations of his civil rights and medical malpractice.   On June 4, 2008, the court vacated the June 10, 2008 trial date and re-set trial in this action for September 30, 2008.

　　　On July 7, 2008, Plaintiff filed a motion for sanctions.   On July 29, 2008, Defendants filed an opposition to Plaintiff's motion.   On August 4, 2008, Plaintiff withdrew his motion.

　　　Accordingly, based on Plaintiff's withdrawal, Plaintiff's motion for sanctions is DENIED.

IT IS SO ORDERED.

Dated:   August 12, 2008　　　　　　　　　/s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE