UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN VLASICH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BURT HOFFMAN, ) <br> ) <br> Defendant. ) <br> ) | CIV-F-99-6472 AWI WMW P <br><br> NOTICE RE: SECOND ATTEMPT AT SERVING SUBPOENAS ON PLAINTIFF'S WITNESSES |

     As Plaintiff is currently incarcerated, his subpoenas are served by the U.S. Marshal's Office. Plaintiff provided information for service of process and money orders for six individuals he wishes to call as witnesses. Magistrate Judge Wunderlich ordered the U.S. Marshal's Office to serve the subpoenas by order dated May 28, 2008. Doc. 123. Trial in this case was originally set for June 10, 2008. On June 4, 2008, the court granted Defendant's motion for a continuance; trial is now set for September 30, 2008. Doc. 125. In early June, the U.S. Marshal's Office attempted to serve four of Plaintiff's subpoenas but was unable to find the individuals with the contact information provided by Plaintiff. These four individuals are Correctional Officer Lemos, Dr. Byron Mui, Dr. Dennis Martinez, and Dr. R. Rodriguez. Given the timing of the vacation of the June trial date, the U.S. Marshal's Office did not attempt to serve Gary Rogers or J.R. Bardurola.

     Plaintiff is informed that the U.S. Marshal's Office will soon attempt to serve the six

1  subpoenas with the original contact information provided by Plaintiff.  If Plaintiff needs to
2  provide any corrections, he must submit the new contact information by Thursday, September 11,
3  2008.

5  IT IS SO ORDERED.
6  **Dated:   September 2, 2008**                    **/s/ Anthony W. Ishii**
                                                     CHIEF UNITED STATES DISTRICT JUDGE