IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

STEVEN VLASICH,

                Plaintiff,

v.

B. HOFFMAN,

                Defendant.

No. 1:99-cv-6472 OWW-WMW

**ORDER RE TRIAL CONFIRMATION HEARING**

A telephonic trial confirmation hearing was held on September 22, 2008. Present telephonically were Plaintiff Steven Vlasich and Diana Esquivel, counsel for Defendant Hoffman.

IT IS ORDERED that:

1. Trial is confirmed for September 30, 2008.

2. The August 12, 2008 Amended Pretrial Order is modified to the extent that Defendant is permitted to substitute Dr. Vidal Sanchez for Dr. McGuinness on Defendant's list of witnesses to be called at trial due to Dr. McGuinness's unavailability and to prevent manifest injustice. Plaintiff is permitted add Dr. Shuster as a rebuttal witness to his list of witnesses at trial.

3. Defendant shall serve Plaintiff, by no later than September 26, 2008, a summary of Dr. Sanchez's opinions to be offered at trial.

IT IS SO ORDERED.

**Dated:   September 26, 2008**                    /s/ Oliver W. Wanger
                                                           UNITED STATES DISTRICT JUDGE