IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

STEVEN VLASICH,

                Plaintiff,

    v.

B. HOFFMAN,

                Defendant.

No. 1:99-cv-6472 OWW-WMW

**ORDER RE MOTIONS IN LIMINE**

After considering the moving papers and the argument of the parties, the Court rules on the motions in limine filed by the parties as follows:

    1.    Plaintiff's motion to exclude his 1992 conviction is granted  Fed. R. Evid. 609(b).

    2.    Plaintiff's motion to exclude Defendant's Exhibit C-3 is denied.

    3.    Plaintiff's motion to exclude Defendant's Exhibits C-11 to C-13 and F is deferred.

    4.    Defendant's motion to exclude evidence of medical malpractice is denied without prejudice.

    5.    Defendant's motion to exclude application of the doctrine of res ipsa loquitur is reserved.

6. Defendant's motion to exclude the testimony of Robert Sillen is granted.

7. Defendant's motion to exclude newspaper and internet articles is granted.

8. Defendant's motion to exclude Defendant's response to Interrogatory No. 8 is denied.

Dated: ____09/30/2008_            _/s/ OLIVER W. WANGER_____
                                             Oliver W. Wanger
                                             United States District Court Judge