FILED

OCT 0 2 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

STEVEN VLASICH, ) 1:99-cv-6472 OWW WMW P
)
        Plaintiff, ) ORDER FOR ATTENDANCE OF DR.
) SCHUSTER AS TRIAL WITNESS
v. )
)
B. HOFFMAN, )
)
        Defendant. )
)
_____ )

      The Court has previously authorized the amendment of Plaintiff's witness list to include Dr. Schuster, a treating physician of the Plaintiff at Corcoran State Prison during the events that underlie this lawsuit. Dr. Schuster was authorized as a witness after the Defendant amended its expert designation to substitute Dr. Sanchez as his trial expert.

      Through no fault of the Plaintiff, his letter providing the address and phone number for Dr. Schuster did not reach the Court until October 2, although his address statement was dated September 23, 2008, and filed with this Court September 29, 2008. Through a logistical failure at the Court, the trial judge did not receive the Plaintiff's address notice until 10:15 a.m. October 2, 2008, during a recess in trial.

1    Dr. Schuster is a material witness and may be called by the
2 Plaintiff in rebuttal.
3    FOR GOOD CAUSE SHOWN IT IS ORDERED:
4    Dr. Schuster, physician at Corcoran State Prison, shall
5 appear on October 2, 2008, at the United States District
6 Courthouse, Eastern District of California, 2500 Tulare Street,
7 Fresno, California, Courtroom 3, Seventh Floor, at 1:00 p.m.

9 DATED:  October 2, 2008.

_____
Oliver W. Wanger
UNITED STATES DISTRICT JUDGE