IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN VLASICH,

        Plaintiff,        1: 99 CV 6472 OWW WMW PC

  vs.                       ORDER

DR. HOFFMAN,

        Defendant.

     Jury trial of this matter concluded on October 3, 2008. Prior to trial, the court received money orders to pay for the service of witness subpoenas on two of Plaintiff's witnesses. Trial in this matter is concluded. The money orders were received from Ernest Vlasich, 13415 Pequot Drive, Poway, California, 92064.

     Accordingly, IT IS HEREBY ORDERED that the Clerk's Office is directed to return the money orders to the above address.

 IT IS SO ORDERED.

**Dated:   October 24, 2008**            /s/  **William M. Wunderlich**
                                                  UNITED STATES MAGISTRATE JUDGE